JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 15, 2010

Check No. 2017093

Check Amount: $2,904.86

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-30280-R | 00000 | JOE ROGER & GLENDA CAROL STULTS | 0 | XXXXX9884 | 3.84 | 0.00 | 3.84 |
| | | | | XXXXX3606 | | | |
| | | Original check written to: | | | | | |
| | | JOE ROGER STULTS 340 WEST HARRISON STREET MCALISTER, OK 74501 | | | | | |
| 05-43338-R | 00000 | TERANCE TYRONE HIGGINS | 0 | XXXXX5840 | 2.00 | 0.00 | 2.00 |
| | | Original check written to: | | | | | |
| | | TERANCE TYRONE HIGGINS 2640 WINTERBERRY LITTLE ELM, TX 75068 | | | | | |
| 05-48611-R | 00000 | TRACEY L. HITCHINGS | 0 | XXXXX3072 | 3.00 | 0.00 | 3.00 |
| | | Original check written to: | | | | | |
| | | TRACEY L. HITCHINGS 3520 CRISOFORO DRIVE DENTON, TX 76207 | | | | | |
| 05-50267-R | 00000 | CAROL JEAN WRIGHT | 0 | XXXXX5220 | 96.02 | 0.00 | 96.02 |
| | | Original check written to: | | | | | |
| | | CAROL JEAN WRIGHT 664 SHERWOOD FOREST TEXARKANA, TX 75501 | | | | | |
| 09-50257-R | 00000 | MARK CLIFTON & ANNA JEAN BRADFORD | | XXXXX6207 | 1,200.00 | 0.00 | 1,200.00 |
| | | | | XXXXX2258 | | | |
| | | Original check written to: | | | | | |
| | | MARK CLIFTON BRADFORD 5301 WEST 7TH TEXARKANA, TX 75501 | | | | | |
| 10-40704-R | 00000 | DERRICK CHARLES & KATINA CHRISTMAS SCRIVENS | 0 | XXXXX4218 | 1,600.00 | 0.00 | 1,600.00 |
| | | | | XXXXX6226 | | | |
| | | Original check written to: | | | | | |
| | | DERRICK CHARLES SCRIVENS 4301 GLENSHIRE COURT MCKINNEY, TX 75070 | | | | | |
| | | | **TOTALS** | | $2,904.86 | $0.00 | $2,904.86 |